Jeffrey A. Charlston, SBN 065427
E-mail: jcharlston@crwllp.com
Robert D. Hoffman, SBN 123458
E-mail: rhoffman@crwllp.com
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Telephone: (310) 551-7000
Facsimile: (310) 203-9321

Attorneys for Plaintiff
GREENWICH INSURANCE COMPANY

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD, STRICKROTH & PARKER, LLP, a California limited liability partnership; HOWARD, LOVEDER, STRICKROTH & PARKER, LLP, a California limited liability partnership; and RLI INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: SACV08-00329 DOC (RNBx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

Based upon the stipulation of the parties, as set forth above, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice with each party to bear its own fees and costs.

Dated: July 24, 2008    By: _/s/ David O. Carter_____
UNITED STATES DISTRICT COURT JUDGE